IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  02-cv-1171-ZLW-MJW

ESTATE OF CAROLYN ANN PETRILLO, by and through its
Personal Representative, Mohamad Mashaal;
MOHAMAD MARK MASHAAL; and
SELAH FRANK MASHAAL, a minor child, by and through
his father and next of friend, Mohamad Mashaal,

      Plaintiffs,
v.

CITY OF AURORA;
ESTATE OF GEORGE PETRILLO, by and through its
Personal Representative, Eleanore R.  Belz;
VERNE R. SAINT VINCENT, former Chief of the Aurora
Police Department;
CURTISS H. CHRISTENSEN, Sergeant; and
BRIAN SAUPE, Police Officer,

      Defendants.
_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: August  30 , 2005

      It is ORDERED that Defendant City of Aurora's Motion To Strike Plaintiff's Response is granted, and Plaintiff's Response To Defendant City Of Aurora's Motion To Dismiss . . . [#391] is stricken.  It is

      FURTHER ORDERED that Plaintiff shall file a response brief to Defendant City of Aurora's Motion To Dismiss . . . which does not exceed 15 pages on or before September 6, 2005.  It is

      FURTHER ORDERED that Defendant may file a reply brief, not to exceed five pages, on or before September 26, 2005.