IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  02-Z-1171 (MJW)

ESTATE OF CAROLYN ANN PETRILLO, by and through its
Personal Representative, Mohamed Mashaal;
MOHAMED MARK MASHAAL; and
SELAH FRANK MASHAAL, a minor child, by and through
his father and next of friend, Mohamed Mashaal,

      Plaintiffs,

v.

CITY OF AURORA;
ESTATE OF GEORGE PETRILLO, by and through its
Personal Representative, Eleanore R.  Belz;
VERNE R. SAINT VINCENT, former Chief of the Aurora
Police Department;
CURTISS H. CHRISTENSEN, Sergeant; and
BRIAN SAUPE, Police Officer,

      Defendants.

---

## ORDER OF DISMISSAL AS TO CERTAIN DEFENDANT

---

This matter was before the Court on November 10, 2005, for oral argument on

Defendant City of Aurora's Motion To Dismiss Or Alternatively, For Summary

Judgment, which the Court treats as a motion for judgment on the pleadings pursuant

to Fed. R. Civ. P. 12(c).  The Court heard the arguments and statements of counsel,

and made oral conclusions of law which are incorporated herein by reference as if fully

set forth.  Accordingly, it is

ORDERED that Defendant City of Aurora's Motion To Dismiss Or Alternatively, For Summary Judgment, which the Court treats as a motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c), is granted.  It is

FURTHER ORDERED that Plaintiffs' oral motion to dismiss the fifth claim for relief is granted.

FURTHER ORDERED that the second, third, fourth, and fifth claims for relief are dismissed.  It is

FURTHER ORDERED that the City of Aurora is dismissed.  It is

FURTHER ORDERED that this case shall proceed on the sixth claim for relief.  It is

FURTHER ORDERED that the case caption shall be amended to reflect the dismissal of the City of Aurora.

DATED at Denver, Colorado, this  15  day of November, 2005.

BY THE COURT:


s/ Zita L. Weinshienk

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court