IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  02-cv-1171-ZLW-MJW

ESTATE OF CAROLYN ANN PETRILLO, by and through its
Personal Representative, Mohamad Mashaal;
MOHAMAD MARK MASHAAL; and
SELAH FRANK MASHAAL, a minor child, by and through
his father and next of friend, Mohamad Mashaal,

     Plaintiffs,

v.

ESTATE OF GEORGE PETRILLO, by and through its
Personal Representative, Eleanore R.  Belz;
VERNE R. SAINT VINCENT, former Chief of the Aurora
Police Department;
CURTISS H. CHRISTENSEN, Sergeant; and
BRIAN SAUPE, Police Officer,

     Defendants.

---

## ORDER

---

The matters before the Court are Plaintiffs' Motion To Strike Aurora's Bill Of Costs and Plaintiffs' Objections To Aurora's Bill Of Costs.  There has been no judgment entered in this case against Defendant City of Aurora (the City), and the Court has not awarded costs to any party.  Thus, the City's Bill Of Costs is premature.  Accordingly, it is

ORDERED that Plaintiffs' Motion To Strike Aurora's Bill Of Costs [Doc. 403] is granted and the City's Bill Of Costs [Doc. 402] is stricken, without prejudice to the City filing a bill of costs if costs are awarded to the City when judgment is entered.  It is

FURTHER ORDERED that Plaintiffs' Objections To Aurora's Bill Of Costs [Doc. 404] are moot.  Plaintiffs may raise objections again if the City files a bill of costs at an appropriate time in the future.

DATED at Denver, Colorado, this __14__ day of December, 2005.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court