IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  02-cv-1171-ZLW-MJW

ESTATE OF CAROLYN ANN PETRILLO, by and through its
Personal Representative, Mohamad Mashaal;
MOHAMAD MARK MASHAAL; and
SELAH FRANK MASHAAL, a minor child, by and through
his father and next of friend, Mohamad Mashaal,

 Plaintiffs,

v.

ESTATE OF GEORGE PETRILLO, by and through its
Personal Representative, Eleanore R.  Belz;
VERNE R. SAINT VINCENT, former Chief of the Aurora
Police Department;
CURTISS H. CHRISTENSEN, Sergeant; and
BRIAN SAUPE, Police Officer,

 Defendants.

---

ORDER

---

 Pursuant to and in accordance with the Stipulation For Dismissal Of Plaintiffs' Claims Against Defendants Verne R. Saint Vincent, Curtiss H. Christensen And Brian Saupe, it is

 ORDERED that the Complaint and cause of action are dismissed with prejudice as to Defendants Verne R. Saint Vincent, Curtiss H. Christensen and Brian Saupe, the parties to pay their own costs and attorney's fees.  It is

FURTHER ORDERED that said Defendants' Motion For Amendment Of Caption is granted, and the caption shall amended hereafter to reflect the dismissal of Defendants Saint Vincent, Christensen, and Saupe.  It is

FURTHER ORDERED that this case is now closed on the docket on this Court, judgment having been entered against Defendant Estate of George Petrillo on December 4, 2002.

DATED at Denver, Colorado, this   24   day of February, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court